IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:
**DAVID GARDUNO**                     Case No. 10-10-12339-s7
  Debtor

## ORDER ABANDONONG PROPERTY OF THE ESTATE

    This matter comes before the Court upon the Motion of Interested Party Tortilla, Inc. to compel certain property of the estate. (the "Columbine Abandonment Motion", docket #22,) filed on June 17, 2010. The property consists of the debtor's interest as purchaser under a real estate contract of an office building located at 4604 Columbine NE, Albuquerque, NM.

    After reviewing the Motion and the Court file, the Court **FINDS:**

1. On June 5, 2010 the Chapter 7 Trustee filed her *Trustee's report of No Distribution*, stating that there is no property available for distribution from the estate.
2. The Motion to Compel Abandonment of the debtor's interest in certain real property being purchased under a real estate contract was filed June 17, 2010. (Doc. #22)
3. Notice of the Motion was mailed to all creditors and parties in interest on June 23, 2010, allowing 14 days ( + 3 days for mailing) for objections. (Doc. #28)
4. The objection deadline expired July 12, 2010. No objections to the Columbine Abandonment Motion have been filed.
5. The debtor's interest in 4604 Columbine NE, Albuquerque, NM is burdensome or of inconsequential value to the estate.

    **IT IS THEREFORE ORDERED** that the debtor's interest in the real property located at 4604 Columbine NE, Albuquerque, New Mexico be, and is hereby ABANDONED from this Chapter 7 bankruptcy estate.

                                        Hon. James S. Starzynski
                                          United States Bankruptcy Judge

Entered on Docket Date: July 14, 2010

Prepared and Submitted by:
MOORE, BERKSON & GANDARILLA, P.C.
<u>Submitted via e-mail</u>
Daniel J. Behles, of Counsel
Attorney for Debtor
P.O. Box 7459
Albuquerque, NM 87194
505-242-1218 – Fax 505-242-2836
email: Dan@Behles.com